# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT of TEXAS

United States of America )
v. )
)
ALVARADO, Noe (USC) )
Year of birth: 1998 )
)
)
_____ )
*Defendant(s)*

Case No. M-17-1109-M

United States District Court
Southern District of Texas
FILED

JUN 22 2017

Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    6/21/2017    in the county of Starr    in the
Southern    District of Texas    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21: 841 (a)(1) | Possession with Intent to Distribute Marijuana, approximately 215.0 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

Approved:
Sworn to before me and signed in my presence.

Date:    6/22/2017

City and state: McAllen, TX

_____
*Complainant's signature*
Ruben Duran, DEA Task Force Officer
*Printed name and title*

_____
*Judge's signature*
Dorina Ramos, US Magistrate Judge
*Printed name and title*

Attachment I

1. On June 21, 2017, at approximately 9:15 am, U.S. Border Patrol Agents were conducting line watch duties in an area known as the E & S Head Quarters in the Zone 3 area of operations of Rio Grande City Border Patrol Station. Border Patrol Agent , observed a tan Chevrolet Tahoe driving south at a high rate of speed on a dirt road toward the Rio Grande River in an area known to Rio Grande City Agents as the San Juan water pump. The area is located on the Rio Grande river bank and is known to be used by narcotics smugglers. Due to the fact that the vehicle was driving at a high rate of speed and the close proximities to the river in an area well known for narcotics smuggling. U.S. Border Patrol Agents responded to further investigate, as they drove south in marked Border Patrol unit they observed one subject emerging from the brush with a life vest jacket running south towards the river.

2. At this point responding agents activated their emergency equipment and advised other agents near the area, via service radio of the possible narcotics being loaded up in the San Juan water pump area. Agents observed several subjects some of them wearing life vest jackets running south towards the river, away from the Chevrolet Tahoe agents had seen driving south. The driver later identified as (ALVARADO, Noe Enrique 09/21/98) attempted to drive out before coming to a complete stop, as agents got closer about 10 to 15 meters from the Tahoe, agents observed the driver exiting the vehicle wearing a red shirt and red shorts and ran north into the brush while running from the vehicle, the driver lost his sandals as he attempted to abscond from the agents.

3. Agents secured the scene, and as they approached the Chevrolet Tahoe agents saw bundles of suspected marijuana through the open driver door. A search of the Tahoe revealed total of 6 large bundles wrapped in brown packaging tape that were inside the vehicle. Agents securing the Tan Chevrolet Tahoe relayed the description of ALVARADO who absconded into the brush to other agents in the area. Border Patrol Agents arrived on scene and started looking for the driver. OHAMA 35A also responded to the area. A thorough search was conducted of the nearby area and the surrounding area with negative results. Minutes later, agents observed six subjects in a raft wading back to Mexico.

4. About 25 minutes later after an intense search of the area, agents were able to locate and arrest ALAVARADO, Noe Enrique north from where the vehicle with narcotics was seized. ALVARADO, Noe was wearing a red shirt, red shorts and without sandals which matched the description that had been relayed earlier.

5. USBP Agents transported ALVARADO, Noe Enrique, the 6 bundles of marijuana (215.00 kilos), and the tan Tahoe were transported to the Rio Grande City USBP Station for processing.

6. At approximately 12:45 p.m., on June 21, 2017, DEA Special Agents (SA) Joshua Hansen and DEA TFO (Task Force Officer) Ruben Duran arrived at the Rio Grande City Texas USBP station. At approximately 1:15 p.m. TFO Duran read ALVARADO his Miranda Warnings and SA Hansen and conducted an interview of ALVARADO which was recorded by the agents.

7. ALVARADO stated that three days prior to his arrest he had travelled to Reynosa Tamaulipas, Mexico to visit a sick family member. While he was in Reynosa stated that he met a male subject only known to him as Jose LNU. Jose had asked ALVARADO if he would be interested in picking up a load of marijuana and transporting it north to an undisclosed location for him. ALVARADO told Jose that he was very interested in picking up the load of marijuana for Jose.

8. ALVARADO advised the agents that the reason why he had agreed to pick up the load for Jose was because he had recently been laid off and he was in desperate need of money to pay his rent and provide for his family. ALVARADO stated that Jose had agreed to pay ALVARADO $1500.00 U.S. Dollars once he delivered the marijuana.